United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DOMINGO JAYAR PEREZ,                §
                                    §
              Petitioner,           §
                                    §
v.                                  §     CIVIL ACTION NO. H-26-3276
                                    §
RANDY TATE, et al.,                 §
                                    §
              Respondents.          §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 11th day of June, 2026.

_____
            SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE